# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 13, 2023

_____

DOCKET CORRECTION NOTICE

_____

No. 23-4183,  US v. Deonte Clark
5:22-cr-00002-KDB-DSC-1

TO:   Deonte Mysia Clark

BRIEF OR JOINT APPENDIX CORRECTION DUE:  July 18, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

| |
|---|
| [ ] See Checklist: Please make corrections identified on attached checklist. |
| [X] Brief citations to the joint appendix are not in the proper format. Please refer to **Appendix Pagination & Brief Citation Guide** for guidance. **[Citations are not in Citelinks format]** |
| [ ] Brief citations do not reference correct page number of the joint appendix. Please refer to **Appendix Pagination & Brief Citation Guide** to correct. |
| [ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF. |
| [ ] Consolidated Brief: Parties on the same side must file one consolidated brief. Please file a consolidated brief unless grounds exist for a motion to file separate briefs under Local Rule 28(d). |
| [ ] Digital files not received. If Box.com link has been disabled, request new link from clerk's office before filing. |
| [ ] No description of the record exhibit. |
| [ ] Digital files are not compatible with Windows Media Player (e.g., mp3, |

| |
|---|
| mp4, wav). Counsel should use the same link as provided in their original Box.com notice. |
| [ ] No statement that media was confirmed virus-free through virus scan. |

Tony Webb, Deputy Clerk
804-916-2702